# EXHIBIT

# A

FILED
2004 Nov-30 PM 02:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WOODS & WATER, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | CV-04-HS-3076-S |
| FORIA INTERNATIONAL, INC. and | ) | |
| KOHL'S DEPARTMENT STORES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION OF DEFENDANTS FOR EXTENSION
OF TIME TO ANSWER PLAINTIFF'S COMPLAINT**

**COME NOW** Defendants Foria International, Inc. and Kohl's Department Stores, Inc., and respectfully request that the Court extend the time for Defendants to answer Plaintiff's Complaint until Friday, December 3, 2004. As grounds for this Motion Defendants state as follows:

1. Plaintiff Woods and Water, Inc. commenced this action on October 22, 2004.

2. Defendants Kohls and Foria were served with the Summons and Complaint on October 28, 2004 and November 11, 2004, respectively.

3. Defendants' Californian counsel contacted Plaintiffs' counsel and requested an extension until December 3, 2004 to file their respective answers to allow Defendants to retain local counsel in this action. Plaintiff's counsel agreed to the requested extension and otherwise does not oppose this motion.

4. The undersigned counsel have been retained as local counsel to represent Defendants, and have agreed to file answers on behalf of both Defendants on or before Friday December 3, 2004.

1

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that the Court extend the time for Defendants to answer Plaintiff's Complaint until Friday, December 3, 2004.

                                                 _s/Christopher W. Weller_____
                                                 Christopher W. Weller (WEL020)
                                                 Henry C. Barnett, Jr. (BAR037)
                                                 ATTORNEYS FOR FORIA INTERNATIONAL, INC, AND KOHLS DEPARTMENT STORES, INC.

**OF COUNSEL**

CAPELL & HOWARD, P.C.
P.O. Box. 2069
Montgomery, Alabama 36102-2069
(334) 241-80000

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing has been served upon the following counsel of record by placing and true and correct copy of same in the U.S. Mail, postage prepaid and properly addressed, as noted below, this the 24th day of November, day of December, 2004.

Will Hill Tankersley
Kimberly Till Powell
DAVID BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, Alabama 35201-0306

                                                 s/Christopher W. Weller_____
                                                 OF COUNSEL

**Burkholder, David**

| | |
|---|---|
| **From:** | cmecf_ALND@alnd.uscourts.gov |
| **Sent:** | Tuesday, November 30, 2004 2:49 PM |
| **To:** | ecfAdmin@alnd.uscourts.gov |
| **Subject:** | Activity in Case 2:04-cv-03076-VEH Woods & Water, Inc. v. ForiaInternational, et al "Motion for Extension of Time to File Answer" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

Northern District of Alabama

Notice of Electronic Filing

The following transaction was received from Christopher W Weller entered on 11/30/2004 at 2:48 PM CST and filed on 11/29/2004
**Case Name:**      Woods & Water, Inc. v. Foria International, et al
**Case Number:**    2:04-cv-3076
**Filer:**          Foria International, Inc.
                    Kohl's Department Stores, Inc.
**Document Number:** 5

**Docket Text:**
MOTION for Extension of Time to File Answer re [1] Complaint by Foria International, Inc., Kohl's Department Stores, Inc.. (DRR)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1078951271 [Date=11/30/2004] [FileNumber=10760-0]
[0f089af82f3a943661066d24d7f7c5e7149d44f3902593d4cdce376c3adcbf1da37d
478c4583b64ba055ce2cbb1b3a778f5c9f45820a26accd94efe596e769a9]]

**2:04-cv-3076 Notice will be electronically mailed to:**

Henry C Barnett , Jr     hcb@chlaw.com

David R Burkholder       dburkholder@balch.com

Kimberly Till Powell     ktpowell@balch.com

Will Hill Tankersley , Jr    wtankers@balch.com

11/30/2004

Christopher W Weller    cww@chlaw.com

**2:04-cv-3076 Notice will be delivered by other means to:**

11/30/2004