# EXHIBIT

# D

FILED
2005 Feb-07 AM 11:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WOODS & WATER, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) CIVIL ACTION NO. CV-04-HS-3076-S | |
| FORIA INTERNATIONAL, INC., and ) | |
| KOHL'S DEPARTMENT STORES, INC., ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

The parties having reached a mutually agreeable settlement, Plaintiff Woods & Water, Inc. ("Woods & Water"), Defendant Foria International, Inc. ("Foria"), and Defendant Kohl's Department Stores, Inc. ("Kohl's"), in accordance with Federal Rule of Civil Procedure 41(a)(1)(ii), hereby voluntarily stipulate to the dismissal with prejudice of the Complaint filed on October 22, 2004 in the United States District Court for the Northern District of Alabama, Southern Division (CV-04-HS-3076-S).

_____
One of the Attorneys for Plaintiff,
Woods & Water, Inc.

1

OF COUNSEL:

Will Hill Tankersley
David Burkholder
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8798

_____
One of the Attorneys for Defendant,
Foria International, Inc.

_____
One of the Attorneys for Defendant,
Kohl's Department Stores, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following by United States mail, properly addressed and postage prepaid, on this the 7th day of February, 2005:

Henry C. Barnett
Christopher W. Weller
CAPELL & HOWARD, P.C.
P.O. Box 2069
Montgomery, AL 36102-2069
Telephone: (334) 241-8066
Facsimile: (334) 323-8888

Mark Fang
Kassandra Clingan
Law Office of Mark Fang
215 E. Daily Drive, Suite 10
Camarillo, CA 93010
Telephone: (805) 383-2788
Facsimile: (805) 388-9488

_____
OF COUNSEL

2