# EXHIBIT

# E

**Miller, Jamie**

| | |
|---|---|
| **From:** | Tankersley, Will Hill |
| **Sent:** | Thursday, January 06, 2005 4:13 PM |
| **To:** | Burkholder, David |
| **Cc:** | Miller, Jamie |
| **Subject:** | FW: Woods & Water, Inc. v. Foria, et al. |

David:
  Continue drafting the discovery.
WHT

-----Original Message-----
From: Christopher W. Weller [mailto:CWW@CHLAW.com]
Sent: Thursday, January 06, 2005 4:12 PM
To: Tankersley, Will Hill
Cc: Henry C. Barnett, Jr.
Subject: Woods & Water, Inc. v. Foria, et al.


Will Hill:

     I am sorry that I have not gotten back to you on the counteroffer, but I am waiting to hear from Kassandra.  Hopefully we can talk tomorrow.

Best regards,

Christopher W. Weller

Capell & Howard, P.C.
150 South Perry Street   (36104)
Post Office Box 2069   (36102-2069)
Montgomery, Alabama
Direct Phone:       (334) 241-8066
Direct Facsimile:   (334) 241-8266
E-mail:     cww@chlaw.com
Website:    www.capellhoward.com

Confidentiality Notice: This electronic communication is from a law firm and may be protected either by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please immediately notify the sender by reply e-mail or by telephone at (334) 241-8066, and delete this from your computer. In addition, an unintended recipient should not print, copy, retransmit, disseminate, or otherwise use any information contained in this communication. Thank you.