# EXHIBIT

# F

## Miller, Jamie

| | |
|---|---|
| **From:** | Tankersley, Will Hill |
| **Sent:** | Friday, December 03, 2004 1:47 PM |
| **To:** | Powell, Kimberly; Burkhart, Charles A. |
| **Cc:** | Miller, Jamie |
| **Subject:** | FW: Woods & Water, Inc. v. Foria International, et al. |


Answer
.2-3-04.pdf (209 KB

```
-----Original Message-----
From: Melissa Gibson [mailto:Melissa@CHLAW.com]
Sent: Friday, December 03, 2004 1:46 PM
To: Tankersley, Will Hill
Subject: FW: Woods & Water, Inc. v. Foria International, et al.




-----Original Message-----
From:      Melissa Gibson
Sent: Friday, December 03, 2004 1:43 PM
To:    'whtankersley@balch.com'
Cc:    Anne Gunderson; Christopher W. Weller
Subject:   Woods & Water, Inc. v. Foria International, et al.
```

Mr. Tankersley:

Attached please find a courtesy copy of Defendant Foria International and Kohl's Department Stores Answer to Plaintiff's Complaint in the above-referenced matter, a hard copy is being placed in the mail today. Should you have any questions or require any additional information, please do not hesitate to contact me.

  <<Answer 12-3-04.pdf>>

Melissa Gibson
Secretary to Henry C. Barnett, Jr., Mai Lan F. Isler and Chad W. Bryan

Capell & Howard, P.C.
150 South Perry Street   (36104)
Post Office Box 2069   (36102-2069)
Montgomery, Alabama
Direct Phone:      (334) 241-8014
Direct Facsimile:  (334) 241-8214
E-mail:      melissa@chlaw.com <mailto:melissa@chlaw.com>

Confidentiality Notice: This electronic communication is from a law firm and may be protected either by the attorney-client privilege, as attorney work-product or by virtue of other privileges or provisions of law. If you are not an intended recipient, please immediately notify the sender by reply e-mail or by telephone at (334) 241-8014, and delete this from your computer. In addition, an unintended recipient should not print, copy, retransmit, disseminate, or otherwise use any information contained in this communication. Thank you.