IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FORIA INTERNATIONAL, INC.,          )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )
                                    )   Case No.
NITCHES, INC.; KOHL'S DEPARTMENT )      CV 05-4798PA(Mcx)
STORES, INC.; and DOES 1-9,         )   (Central District of California)
INCLUSIVE,                          )
                                    )
        Defendants,                 )


KOHL'S DEPARTMENT STORES, INC.,

        Movant,
                                        Case No.: 2:05-mc-03270-MEF
v.

CAPELL & HOWARD, P.C.,

        Respondent.


## KOHL'S DEPARTMENT STORES, INC.'S
## WITHDRAWAL OF MOTION TO COMPEL DELIVERY OF CASE FILE

Movant Kohl's Department Stores, Inc. ("Kohl's") respectfully gives notice that it hereby

withdraws its Motion to Compel Delivery of Case File **without** prejudice, effective thirty (30)

days from the date this Withdrawal is filed.  As grounds, Kohl's states that the underlying case

has preliminarily settled and been dismissed by agreement of the parties in mediation, and the

Motion to Compel has therefore been rendered moot for the time being.  As a result, it is no

longer necessary for the Court to address the issues raised in Kohl's Motion to Compel at this

time.  The delay in the effective date of the Withdrawal is to ensure the underlying case has time

to be formally dismissed.  Kohl's reserves the right to renew its Motion to Compel should the

underlying case fail to be formally dismissed for any reason.  Nothing herein is meant to waive

any right to submit the actions described in the Motion to the appropriate State Bar Center for

Professional Responsibility.

Respectfully submitted,

Will Hill Tankersley
David Burkholder
Attorneys for Defendant Kohl's Department Stores, Inc.
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5872
E-mail: wtankers@balch.com
E-mail: dburkholder@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that I have mailed by United States Postal Service a copy of the foregoing

document to the following this the 29<u>th</u> day of _November_, 2005.

Mark M. Fang, Esq.
Kassandra Clingan, Esq.
LAW OFFICE OF MARK FANG
215 E. Daily Drive, Suite 10
Camarillo, California 93010

Henry C. Barnett, Esq.
Christopher W. Weller, Esq.
CAPELL & HOWARD, P.C.
P.O. Box 2069
Montgomery, Alabama 36102-2069

Donald M. Cislo, Esq.
CISLO & THOMAS LLP
233 Wilshire Boulevard
Suite 900
Santa Monica, California 90401

Megan E. Gray, Esq.
ROYLANCE ABRAMS BERDO AND GOODMAN
1300 19th Street NW
Suite 600
Washington, D.C. 20036

Of counsel,

Will Hill Tankersley
David Burkholder
Attorney for Defendant Kohl's Department Stores, Inc.
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5872
E-mail: wtankers@balch.com
E-mail: dburkholder@balch.com