IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FLORIA INTERNATIONAL, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:05-mc-3270-MEF |
| | ) |
| NITCHES, INC., *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of Kohl's Department Store, Inc.'s Motion to Withdraw Motion to Compel Delivery of Case File (Doc. #2) filed on November 29, 2005, it is hereby

ORDERED that the motion is GRANTED.

DONE this 10th day of January, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE